THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| DANIEL M. THELEN,<br><br>   Plaintiff,<br><br>v.<br><br>FIRST CHOICE PROFESSIONALS, LLC<br>dba FIRST HEALTH ADVISORY,<br><br>   Defendant. | **NOTICE OF REMOVAL**<br>(from Watauga County<br>25 CVS 219) |

**TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA, ASHEVILLE DIVISION**

Pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, First Choice Professionals, LLC dba First Health Advisory ("Defendant"), defendant in the case captioned *Daniel M. Thelen v. First Choice Professionals, LLC dba First Health Advisory*, North Carolina General Court of Justice, Superior Court Division, Watauga County, Case No. 25 CVS 219 (the "State Court Action"), hereby removes the State Court Action to the United States District Court for the Western District of North Carolina.[1]

Removal is proper under 28 U.S.C. § 1441 because this Court has original jurisdiction under 28 U.S.C. § 1332, in that complete diversity exists and the amount in controversy exceeds $75,000.00. In support of this Notice of Removal, Defendant shows the Court as follows:

**SUMMARY OF THE MATTER BEFORE THE COURT**

1. In summary, the State Court Action includes claims filed by Plaintiff Daniel M. Thelen ("Plaintiff" or "Thelen") against Defendant. The Summons and Complaint filed by Thelen

---

[1] First Choice Professionals, LLC was renamed First Health Advisory LLC, when the company was domesticated in Delaware.

in the State Court Action are attached hereto as **Exhibits 1 and 2**, respectively.

2. Defendant was a limited liability company initially organized under the laws of the State of Arizona. In 2024, First Choice Professionals, LLC dba First Health Advisory changed its name to First Health Advisory LLC and domesticated to Delaware. Upon information and belief, Thelen is a resident of Watauga County, North Carolina. Complaint, ¶¶ 1-2.

3. The Complaint alleges that Plaintiff and Defendant entered into an Employment and Confidentiality Agreement on or about July 18, 2022 (the "Employment Agreement"). *Id.*, ¶ 8.

4. The Complaint further alleges that Defendant failed to pay Thelen purported wages in the form of payment for vested deferred compensation units ("DCUs") upon the termination of his employment and that Defendant breached the Employment Agreement by failing to pay Thelen for those vested DCUs.

5. Defendant denies these allegations.

6. The Complaint includes claims for violation of the N.C. Wage & Hour Act and for breach of contract. *Id.*, ¶¶ 28-36, 37-42.

7. Thelen seeks monetary damages, attorneys' fees, and other relief. See *id.*, Prayer for Relief, ¶¶ 1-4.

## TIMELINESS OF REMOVAL

8. This Notice of Removal is timely filed in compliance with 28 U.S.C. § 1446(b) because it is filed within thirty (30) days after June 4, 2025, when Defendant was served with the Summons and Complaint. A copy of the Affidavit of Service in the State Court Action is attached hereto as **Exhibit 3**.

## BASIS FOR REMOVAL JURISDICTION

9. Complete diversity exists. Thelen is a citizen of Watauga County, North Carolina, and Defendant is a limited liability company initially organized under the laws of the State of Arizona and registered under the laws of the District of Columbia with its principal place of business located in Washington, D.C. No members of Defendant reside in North Carolina.

10. The allegations in the Complaint filed in the State Court Action satisfy the $75,000 amount in controversy requirement under 28 U.S.C. § 1332(b).

## VENUE

11. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for Western District of North Carolina, Asheville Division, is the federal jurisdiction embracing the North Carolina General Court of Justice, Superior Court Division, Watauga County, where Thelen filed the State Court Action.

## NOTICE TO STATE COURT AND PLAINTIFF

12. Pursuant to 28 U.S.C. § 1446(d), Defendant has filed this Notice with the Court, is serving a copy of this Notice upon counsel for Thelen and is filing a Notice to State Court of Removal to Federal Court with the Clerk of the Superior Court for Watauga County. A copy of the Notice to State Court of Removal to Federal Court (with this Notice but without the additional exhibits) is attached hereto as **Exhibit 4**.

WHEREFORE, the case now pending in the North Carolina General Court of Justice, Superior Court Division, Watauga County, under the caption *Daniel M. Thelen v. First Choice Professionals, LLC dba First Health Advisory*, Case No. 25 CVS 219, is hereby removed to the United States District Court for the Western District of North Carolina, pursuant to 28 U.S.C. §§ 1441 and 1446, and all further proceedings will be conducted in this Court as provided by law.

Respectfully submitted, this the 30th day of June, 2025.

> *s/ Marc E. Gustafson*
> **BELL, DAVIS & PITT, P.A**.
> Edward B. Davis, N.C. State Bar No. 27546
> Marc E. Gustafson, N.C. State Bar No. 34429
> 227 West Trade Street, Suite 1800
> Charlotte, NC 28202
> Telephone: (704) 227-0400
> Email: ward.davis@belldavispitt.com
> mgustafson@belldavispitt.com
> *Counsel for Defendant*

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing in the above-entitled action upon the addressee(s) listed below by:

( )   Hand-delivering a copy thereof to the attorney(s);

Or

( )   Depositing a copy hereof in a postpaid wrapper in a post office or official depository by first class mail under the exclusive care and custody of the United States Post Office Department properly addressed to the addressee(s) below;

Or

(X)   Email.

This the 30th day of June, 2025.

*s/ Marc E. Gustafson*
Marc E. Gustafson

Addressee(s):

Kearns Davis
D.J. O'Brien III
J. Kemper Patton
Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
P.O. Box 26000
Greensboro, NC 27420
kdavis@brookspierce.com
dobrien@brookspierce.com
kpatton@brookspierce.com
*Counsel for Plaintiff*